| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Grant Vern Jobush |
| Debtor 2 (Spouse, if filing) | Linda M. Jobush |
| United States Bankruptcy Court for the: | District of Arizona (YUMA) |
| Case number | 0:19-bk-06275 PS |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Carrington Mortgage Services, LLC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 6 0 4 0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | Plan Review 6/25/2019 | (3) | $ 350.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | Draft Proof of Claim 7/10/2019 | (5) | $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: _____ | | (11) | $ _____ |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | **Grant Vern Jobush** | | | Case number (*if known*) 0:19-bk-06275 PS |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Alex Schulz
Signature

Date 10/22/2019

Print: **Alex Schulz**
First Name   Middle Name   Last Name

Title **Attorney**

Company **The Mortgage Law Firm**

Address **2999 N. 44th Street Suite 625**
Number   Street
**Phoenix**   **AZ**   **85018**
City   State   ZIP Code

Contact phone **602-313-8628**

Email **alex.schulz@mtglawfirm.com**



LoanSphere Invoicing **Invoice Detail**

IP Carrington Mortgage Services, LLC / Michael Villa-Blais

Home | eMessages | Process | Reports | Search | Loan Level | Admin | Help | Logoff

**Loan#:** Go

Approve | Resolve | Route | eMessages | P-Notes | Receipts | Print | Create eMessage | Curtailment Threshold

26 of 30 | << >>

| | | | | | |
|---|---|---|---|---|---|
| Vendor Address: | | **Regarding:**<br>GRANT JOBUSH<br>3065 EAST BRYCE CANYON DRIVE<br>LITTLEFIELD/BEAVER DA, AZ 86432 | | Invoice Number: | [redacted] |
| | | | | Invoice Status: | Check Requested |
| | | | | Loan No.: | [redacted] |
| Payee Code: | | | | Acquisition Date: | |
| Vendor Contact: | | | | Loan Type: | FHA |
| Vendor Ref #: | [redacted] | | | Asset No.: | |
| Servicer: | Carrington Mortgage Services, LLC | | | REO Loan Status: | N/A |
| Inv. ID / Cat. ID | [redacted] | **Investor Loan #:** | [redacted] | REO Loan Status Date: | N/A |
| Investor Name: | | | | **Referral Date:** | 5/24/2019 |
| Invoice ID: | [redacted] | | | Loan Location: | |
| Class Code: | | | | **FHA#** | [redacted] |
| Entity Code: | 0 | | | **BK Case No:** | 0:19-bk-06275 PS |
| GSE Code: | | | | **BK Chapter:** | 13 |
| GSE REO Rem. Code: | | | | Submitted Date: | **7/16/2019** |
| HiType: | | | | Vendor Invoice Date: | 7/16/2019 |
| Litigation Status Code: | | | | Paid In Full Date: | N/A |
| Man Code: | | | | Foreclosure Removal Date: | N/A |
| | | | | MS Status: | N/A |
| | | | | Relief Requested Date: | N/A |
| | | | | Protection Begin Date: | N/A |
| | | | | Protection End Date: | N/A |

**Original Mortgage Amount: $0.00**
**Principal Balance as of invoice create date: $144,250.34**
**Principal Balance as of today's date: $143,834.10**

**Bankruptcy - Bankruptcy Services**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 07/16/2019 | 07/22/2019 | 10/11/2019 | 07/16/2019 | 07/22/2019 | 07/22/2019 | | 7 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $650.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc. Milestone | Exc Ord Allw: | |
| **Costs** | Total: | $0.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | | Exc Ord Allw: | |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | | |
| **Totals** | **Inv Amt:** | **$650.00** | **Prev. Billed:** | **$0.00** | **Loan Total Fees/Costs Prev.Billed:** | **$0.00** | | **Exc Ord Allw:** | |

**Fees**

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | C | Attorney Fees | Plan Review Fee | | | 06/25/19 | 1 | $350.00 | $350.00 | $0.00 | $350.00 |
| A | | | C | Attorney Fees | Proof of Claim | | | 07/10/19 | 1 | $300.00 | $300.00 | $0.00 | $300.00 |
| | | | | | | | | | | **Total:** | **$650.00** | **$0.00** | **$650.00** |
| | | | | | | | | | | **Invoice Total:** | **$650.00** | **$0.00** | **$650.00** |

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE DISTRICT OF ARIZONA

I hereby certify that on this 22nd day of October, 2019, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid:

GRANT AND LINDA JOBUSH
P. O. BOX 513
LITTLEFIELD, AZ 86432
*Debtors*

    Via filing with the US Bankruptcy Court's CM ECF system to the following:

AUBREY LAINE THOMAS
DAVIS MILES MCGUIRE GARDNER, PLLC
9 W. Cherry Avenue, Suite B
FLAGSTAFF, AZ 86001
*Debtors Attorney*

RUSSELL BROWN
CHAPTER 13 TRUSTEE
SUITE 800
3838 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012-1965
*Trustee*

/s/    Janette Belmontes